JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HEATHER COOMES,

Plaintiff,

v.

PACIFIC CONSTRUCTION GROUP, a California corporation; PCG CONSTRUCTION, INC., an Arizona corporation; NATHAN MUNN, an individual; and DOES 1-15, inclusive,

Defendants.

Case No. 8:25-cv-00605-SPG (KESx)

**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE [ECF NO. 74]**

Before the Court is the parties' Joint Stipulation and Request to Dismiss Entire Action With Prejudice As to All Parties, signed by Plaintiff Heather Coomes and Defendants Pacific Construction Group and Nathan Munn. The Parties request dismissal of the action with prejudice because it has been fully resolved by settlement. (Stip. at 2, ECF No. 74.) Defendant PCG Construction, Inc. did not sign the Stipulation. On October 14, 2026, the Court therefore entered an Order to Show Cause, directing Defendant PCG Construction to file its position on the Stipulation, if any, on or before October 21, 2026. (Order, ECF No. 75.) To date, Defendant PCG Construction has not filed its position on the Stipulation.

Having considered the Stipulation, and finding good cause therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. The action is DISMISSED WITH PREJUDICE against all Defendants, pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. Each party shall bear its own attorneys' fees and costs;

3. All remaining dates and deadlines are hereby VACATED; and

4. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: November 17, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE